BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SANTOS,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>   Defendant. | Case No. CIV-10-81 DAD<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 21, 2010, to September 24, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

Dated: July 21, 2010

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: July 22, 2010

Benjamin B. Wagner

United States Attorney

/s/ *Leo Montenegro*
LEO MONTENEGRO
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

The parties' July 22, 2010 stipulation and proposed order to extend plaintiff's time for filing a motion for summary judgment from July 21, 2010, to September 24, 2010, is approved. Plaintiff is cautioned that the court does not anticipate approving more than one additional extension of time for the filing of plaintiff's motion, and any further extension for this purpose may not exceed thirty days.

IT IS SO ORDERED.

DATED: July 22, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\santos0081.pmsj.ext