BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SANTOS,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>     Defendant. | Case No.  CIV-S-10-0081 DAD<br><br>**STIPULATION; ORDER GRANTING**<br>**IN PART PLAINTIFF'S REQUEST FOR**<br>**SECOND EXTENSION OF TIME TO FILE**<br>**MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from September 24, 2010, to November 2, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule and need to give older cases briefing priority.

/ / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: September 22, 2010 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |
| | | |
| Dated: September 23, 2010 | | Benjamin B. Wagner |
| | | United States Attorney |
| | | |
| | | */s/ Francesco Benavides* |
| | | FRANCESCO BENAVIDES |
| | | Special Assistant U.S. Attorney |
| | | |
| | | Attorneys for Defendant |

**ORDER**

By order filed July 23, 2010, the court approved the parties' stipulation to extend plaintiff's time for filing a summary judgment motion from July 21, 2010, to September 24, 2010. Plaintiff was advised that the court did not anticipate approving more than one additional extension of time for the filing of plaintiff's motion and that any further extension for this purpose may not exceed thirty days. Plaintiff has submitted a stipulation and proposed order that does not set forth the total period of extensions already obtained, as required by Local Rule 144(b), and seeks approval of a second extension of time that exceeds thirty days. Plaintiff has not made a showing of good cause to grant a second extension of time that exceeds thirty days.

IT IS ORDERED that plaintiff's application for a second extension of time (Doc. No. 18) is granted in part. Plaintiff's time for filing a summary judgment motion is extended from September 24, 2010, to **October 25, 2010**. No third extension of time will be granted for this purpose absent a substantial showing of good cause supported by a detailed declaration by counsel.

DATED: September 23, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.socsec\santos.pmsj.second.ext

2